CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/23/2019
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No. 6:19CV00022 |
| Plaintiff, | ) |
| v. | ) |
| LAURA E. VASSAR and<br>DAVID L. VASSAR,<br>143 Mill Ridge Lane<br>Amherst, Virginia 24521 | ) |
| Defendants. | ) |

## COMPLAINT FOR FEDERAL TAXES

The Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, has authorized and requested this action, and it is brought at the direction of the Attorney General of the United States under the authority of 26 U.S.C. § 7401. The United States of America complains of defendants as follows:

1. This is a civil action in which the United States seeks to reduce to judgment the unpaid assessments of personal income tax, penalties, and interest made against defendants Laura E. Vassar and David L. Vassar; and to reduce to judgment the unpaid assessments of trust fund recovery penalties and interest made against defendant Laura E. Vassar.

2. Jurisdiction is conferred on the Court by 28 U.S.C. §§ 1340 and 1345 and by 26 U.S.C. § 7402.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1396, because Laura E. Vassar and David L. Vassar reside within this district. In the alternative, venue in this

1

judicial district is based on 28 U.S.C. § 1396 because liability for the taxes at issue accrued in this judicial district.

4. Plaintiff is the United States of America.

5. Defendants Laura E. Vassar and David L. Vassar reside at 143 Mill Ridge Lane, Amherst, Virginia 24521, within the jurisdiction of this Court.

**COUNT I: REDUCE TO JUDGMENT THE INCOME TAX ASSESSMENTS, PENALTIES, AND INTEREST OF LAURA AND DAVID VASSAR**

6. The United States incorporates by reference the allegations of Paragraphs 1 through 5.

7. A delegate of the Secretary of the Treasury made the following federal income tax assessments against Defendants Laura E. Vassar and David L. Vassar:

| Tax Type | Tax Year | Assessment Date | Original Tax Assessed | Outstanding Balance as of 5/6/2019 (including penalties and interest) |
|---|---|---|---|---|
| Income – Form 1040 | 2008 | 06/04/2012 | $12,930 | $4,429.49 |
| Income – Form 1040 | 2010 2010 | 07/04/2011 05/27/2013 | $12,246 $5,803 | $4,723.05 |
| Income – Form 1040 | 2012 | 09/02/2013 | $13,304 | $4,102.53 |
| Income – Form 1040 | 2014 | 05/04/2015 01/02/2017 | $13,664 $14,005 | $23,364.20 |
| **Total Due** | | | | **$36,619.27** |

8. Notice and demand for payment of the assessments described in paragraph 7 was given to Laura E. Vassar and David L. Vassar in accordance with 26 U.S.C. § 6303.

9. Statutory additions for interest and penalties have accrued and will continue to accrue on the assessments described in paragraph 7.

2

10. Laura E. Vassar and David L. Vassar have failed to pay the United States the full amount owed as a result of the assessments described in paragraph 7.

11. By reason of the foregoing, Laura E. Vassar and David L. Vassar are indebted to the United States in the amount of $36,619.27, as of May 6, 2019, plus penalties, interest, and costs that will accrue after that date according to law.

WHEREFORE, The United States prays that this Court:

A. Enter judgment for the plaintiff and against the defendants Laura E. Vassar and David L. Vassar, on Count I in the amount of $36,619.27, plus statutory interest and penalties from May 6, 2019, until paid, together with its costs and attorney's fees, and such other and further relief as the Court deems just and proper.

**COUNT II: REDUCE TO JUDGMENT THE TRUST FUND RECOVERY PENALTY ASSESSMENTS AND INTEREST OF LAURA E. VASSAR**

12. The United States incorporates by reference the allegations of Paragraphs 1 through 11.

13. Laura E. Vassar has been the president and a shareholder of a business called Ellington Wood Products, Inc. from 1985 to the present.

14. During the tax periods listed in Paragraph 20, Laura E. Vassar was responsible for determining the financial policy of Ellington Wood Products, Inc. and was responsible for directing or authorizing payments to creditors.

15. During the tax periods listed in Paragraph 20, Laura E. Vassar was responsible for signing checks, authorizing payroll, authorizing Federal Tax Deposits, and preparing and signing payroll tax returns.

16. During the tax periods listed in Paragraph 20, Laura E. Vassar was responsible for collecting, truthfully accounting for, and paying over to the United States the employment taxes that were withheld from the wages of Ellington Wood Products, Inc.'s employees ("the Trust Fund Taxes").

17. Laura E. Vassar failed to collect, truthfully account for, and pay over the Trust Fund Taxes.

18. Laura E. Vassar's failure to collect, truthfully account for, and pay over the Trust Fund Taxes was willful. Upon information and belief, Laura E. Vassar was aware of Ellington Wood Product Inc.'s unpaid employment tax liabilities for the tax periods listed in Paragraph 20, but she continued to pay herself a salary and she continued to pay other creditors of Ellington Wood Products.

19. Laura E. Vassar's willful failure to collect, truthfully account for, and pay over the Trust Fund Taxes rendered her liable for a penalty equal to the total amount of the federal employment taxes not collected, accounted for, and paid over to the United States.

20. A delegate of the Secretary of the Treasury assessed federal trust fund recovery penalties ("TFRPs") against Laura E. Vassar in accordance with 26 U.S.C. § 6672, on the dates and in the amounts set forth below:

| Tax Type | Tax Period Ending | Date of Assessment | Assessed Amount | Balance as of May 6, 2019 |
|---|---|---|---|---|
| § 6672 (TFRP) | 06/30/2008 | 04/27/2009 | $12,549.07 | $16,377.19 |
| § 6672 (TFRP) | 09/30/2008 | 03/22/2010 | $15,503.63 | $21,605.63 |
| § 6672 (TFRP) | 12/31/2008 | 03/22/2010 | $9,520.28 | $13,267.32 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| § 6672 (TFRP) | 03/31/2009 | 03/22/2010 | $4,667.75 | $6,504.92 |
| § 6672 (TFRP) | 06/30/2009 | 05/03/2010 | $9,429.35 | $12,451.53 |
| § 6672 (TFRP) | 09/30/2009 | 05/03/2010 | $10,899.30 | $15,119.36 |
| § 6672 (TFRP) | 12/31/2009 | 08/27/2012 | $10,544.94 | $13,486.92 |
| § 6672 (TFRP) | 03/31/2010 | 08/27/2012 | $10,862.47 | $13,893.04 |
| § 6672 (TFRP) | 06/30/2010 | 08/27/2012 | $12,340.22 | $15,783.10 |
| § 6672 (TFRP) | 09/30/2010 | 08/27/2012 | $7,718.15 | $9,871.48 |
| § 6672 (TFRP) | 12/31/2010 | 08/27/2012 | $3,244.26 | $4,149.39 |
| **Total:** | | | | **$142,509.88** |

21. Notice and demand for payment of the assessments described in paragraph 20, above, were given to Laura E. Vassar.

22. Laura E. Vassar failed to pay the assessments and accrued statutory additions for interest and, as a result, the amount owed as of May 6, 2019 will be $142,509.88.

23. Statutory interest has accrued and will continue to accrue until paid.

WHEREFORE, The United States prays that this Court:

B. Render judgment in favor of the United States and against Laura E. Vassar in the amount of $142,509.88 as of May 6, 2019, for unpaid assessed federal trust fund recovery penalties as set forth in paragraph 20, above, together with interest that has accrued and will continue to accrue after that date;

C. Grant the United States such further relief, including the costs of this action, which the Court deems appropriate.

Dated: April 23, 2019                                  THOMAS T. CULLEN
                                                       United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER, VSB No. 81953
Trial Attorney, Tax Division
Attorney for Plaintiff United States
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1920
Fax: (202) 514-6866
Email: Kieran.O.Carter@usdoj.gov

JS 44 (Rev. 02/19) **CIVIL COVER SHEET** Case No. 6:19CV00022

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Laura E. Vassar and David L. Vassar
143 Mill Ridge Lane, Amherst, VA 24521

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Amherst County, Virginia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Kieran O. Carter, U.S. Department of Justice, Tax Division
P.O. Box 227, Washington, DC 20044

Attorneys *(If Known)*
n/a

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7402
Brief description of cause:
Suit to collect unpaid federal taxes and statutory additions to tax

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 179,129.15
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE 4/23/2019
SIGNATURE OF ATTORNEY OF RECORD
*/s/ Kieran O. Carter/*

**FOR OFFICE USE ONLY**
RECEIPT # N/A   AMOUNT N/A   APPLYING IFP N/A   JUDGE Moon   MAG. JUDGE